UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| In the Matter of the Application of | No. C 13-80125 (LB) |
| O2CNI CO., LTD., | **NOTICE OF REFERRAL** |
| For an Order to Conduct Discovery for Use in a Foreign Legal Proceeding pursuant to 28 U.S.C. § 1782. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The district court has referred O2CNI Co., Ltd.'s ex parte application for an order to conduct discovery for use in a foreign legal proceeding pursuant to 28 U.S.C. § 1782 (the "Application"), filed on June 14, 2013, which is a discovery matter, to the undersigned for resolution. Order of Reference, ECF No. 8. After reviewing the Application, the undersigned will evaluate whether further proceedings are necessary, including any further briefing or argument.

    For any future discovery disputes, the undersigned directs the parties to comply with the meet-and-confer procedures for addressing discovery disputes set forth in the undersigned's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person** and thereafter submit a joint letter brief to the undersigned with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief."

NOTICE OF REFERRAL
C 13-80125 (LB)

1 **IT IS SO ORDERED.**

2 Dated: June 20, 2013

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF REFERRAL
C 13-80125 (LB)                    2