IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MATTER OF APPLICATION OF 02CNI CO., LTD., _____/ | No. C 13-80125 CRB<br><br>**ORDER VACATING HEARING AND REMANDING** |

The Court hereby VACATES the Friday, October 11, 2013 hearing on O2CNI's Motion for *De Novo* Determination of Dispositive Matter Referred to Magistrate Judge, or, in the Alternative, Relief from Nondispositive Pretrial Order of Magistrate Judge (dkt. 45), and REMANDS the matter to Magistrate Judge Beeler for further consideration of whether O2CNI's discovery requests are "unduly intrusive or burdensome," see Intel, 542 U.S. at 265, in light of the Reply Declaration of Hee Shin (dkt. 28). Judge Beeler may also take into account the other arguments of the parties as to O2CNI's Application.

**IT IS SO ORDERED.**

Dated: October 8, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE