Joshua J. Pollack (SBN 215922)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
jpollack@proskauer.com

Peter J.W. Sherwin (Admitted *Pro Hac Vice*)
Jonathan G. Ellison (Admitted *Pro Hac Vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
psherwin@proskauer.com
jellison@proskauer.com

Attorneys for
O2CNI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In the Matter of the Application of | Case No.: 3:13-mc-80125-CRB (LB) |
|---|---|
| O2CNI CO., LTD., | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND** ~~PROPOSED~~ **ORDER** |
| Applicant. | |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY VOLUNTARILY STIPULATE to the dismissal without prejudice of this entire proceeding, with each party to bear its own attorney's fees, costs and expenses of any type. The Parties further stipulate that any future application by O2CNI for discovery under 28 U.S.C. § 1782 from Respondents Symantec Corporation and/or Steven James Owyang shall be filed before this Court.

[PROPOSED] ORDER

Pursuant to the parties' stipulation, these proceedings are dismissed without prejudice. In the event that Petitioner O2CNI Co., Ltd. seeks to file another Application under 28 U.S.C. § 1782 for discovery from Symantec Corporation and/or Steven James Owyang, such Application shall be filed before this Court.

Dated: 4/2/8 , 2014

Honorable ~~Laurel Beeler~~ Charles R. Breyer
United ~~States~~ Magistrate Judge